# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOY TERRELL SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. TORRES, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01924-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 10, 11, & 24) |

Toy Terrell Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 26, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that all claims and defendants, except for Plaintiff's claims against J. Torres, M. Hoggard, and J. Acebedo for failure to protect in violation of the Eighth Amendment. (ECF No. 24, p. 14).

The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. On January 12, 2018, Plaintiff filed an objection to the findings and recommendations. (ECF No. 25.) While Plaintiff identifies several perceived factual inaccuracies in the findings and recommendations, he articulates no legal argument as to any perceived error in the Magistrate Judge's legal reasoning concerning a specific claim. (*Id.*) Even if correct, the purported factual inaccuracies in the Magistrate Judge's findings and recommendations do not impact the outcome.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

1

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on December 26, 2017, are ADOPTED IN FULL;
2. All claims and defendants, except for Plaintiff's claims against J. Torres, M. Hoggard, and J. Acebedo for failure to protect in violation of the Eighth Amendment, are DISMISSED; and
3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: February 9, 2018

_____
SENIOR DISTRICT JUDGE