
FILED
JAN 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOY TERRELL SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. TORRES, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01924-LJO-JDP (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE TOY TERRELL SMITH, CDCR #D-92679 |

　　　Plaintiff Toy Terrell Smith, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983.

　　　A settlement conference in this matter commenced on January 18, 2019. Inmate Toy Terrell Smith, CDCR #D-92679 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 1/18/19

_____
UNITED STATES MAGISTRATE JUDGE

1