## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                                     **JUDGMENT IN A CIVIL CASE**

**TOY TERRELL SMITH,**

                                                                      CASE NO: **1:16–CV–01924–LJO–JDP**

                v.

**J. TORRES, ET AL.,**

 

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/20/2019**

                                              **Marianne Matherly**
                                              Clerk of Court

    ENTERED: **September 20, 2019**

                                        by: /s/ A. Jessen
                                                       Deputy Clerk