# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOY TERRELL SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUTCHINSON, *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-01924-LJO-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO FORWARD PLAINTIFF'S MOTION TO APPOINT COUNSEL TO THE COURT OF APPEALS<br><br>ECF No. 84 |

Plaintiff Toy Terrell Smith is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Smith has filed both a notice of appeal and a motion to appoint counsel for the appellate proceeding. *See* ECF Nos. 84 and 85. Because the merits of the motion for counsel are most appropriately handled by the appellate court in which Smith will be proceeding, I direct the clerk's office to forward Smith's motion to the court of appeals.

IT IS SO ORDERED.

Dated: 　October 17, 2019　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1